Gary Jay Kaufman, Esq.  (State Bar No. 92759)
gary@kaufmanlawgroupla.com
Colin Hardacre, Esq.      (State Bar No. 250915)
colin@kaufmanlawgroupla.com
THE KAUFMAN LAW GROUP
1901 Avenue of the Stars, Suite 1010
Los Angeles, California 90067
Telephone:  (310) 286-2202
Facsimile:   (310) 712-0023

Attorneys for Plaintiff,
Deniro Marketing LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIRO MARKETING LLC, a California limited liability company,<br><br>            Plaintiff,<br>   v.<br><br>JAMIE CARPER, an individual and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.  EDCV 13-0120 TJH (OPx)<br><br>**OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>Date: April 15, 2013<br>Courtroom: 17 |

Objections to Evidence Submitted in Support of Defendant's Motion to Dismiss Complaint - 1

# OBJECTIONS TO EVIDENCE

Plaintiff Deniro Marketing, LLC ("Deniro") hereby objects to the following evidence submitted in support of defendant Jamie Carper's Motion to Dismiss Deniro's complaint in this matter:

1. Declaration of Jamie Carper in Support of Defendant's Motion to Dismiss Complaint, Docket #7-2;

2. Declaration of Steve Carper in Support of Defendant's Motion to Dismiss Complaint, Docket #7-3; and

3. Declaration of Shelly Carper in Support of Defendant's Motion to Dismiss Complaint, Docket #7-4.

These unsworn declarations are unauthenticated and inadmissible for any purpose as they are not properly signed under penalty of perjury as required by 28 U.S.C. § 1746 and Local Rule 5-4.3.4(a)(3).

28 U.S.C. § 1746 provides that:

> Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:
>
> …
>
> If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature).

Local Rule 5-4.3.4(a)(3) provides that:

> In the case of documents requiring signatures other than those of registered CM/ECF Users (such as declarations), the filer shall scan the

Objections to Evidence Submitted in Support of Defendant's Motion to Dismiss Complaint - 2

hand-signed signature page(s) of the document in PDF format and electronically file the document in accordance with L.R. 5-4.3.1.

Neither Jamie, Steve nor Shelly Carper is a registered CM/ECF User. None of the above-referenced documents contain a hand-signed signature, only a type-written name preceded by "/s/." Moreover, Shelly Carper's declaration is purportedly electronically signed not by Shelly Carper, but by Steve Carper.

Therefore, all three declarations are unauthenticated and inadmissible for any purpose and Deniro respectfully requests that this Court sustain the above objections and strike the above-referenced evidence.

DATED: March 25, 2013        THE KAUFMAN LAW GROUP

By: /s/
Colin Hardacre
Attorneys for Plaintiff
Deniro Marketing LLC